UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA L. MARTIN, as Personal
Representative of the Estate of Jillian
Ann Martin, deceased,

    Plaintiff,

v.                                                    Case No. 8:08-cv-1127-T-30MAP

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

      The Court has been advised via a Mediation Report (Dkt. #23) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on June 19, 2009.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

                                                           F:\Docs\2008\08-cv-1127.dismissal 23.wpd